Marc Leibman, MLeibs@aol.com
Justin Santagata, jsantagata@kbdesq.com
KAUFMAN BERN DEUTSCH & LEIBMAN, LLP
One Executive Drive, Suite L-15
Fort Lee, NJ 07024
Telephone: (201) 947-8855
Facsimile:  (201) 947-2402

Terry Gross, terry@gba-law.com (103878)
Adam C. Belsky, adam@gba-law.com (147800)
Monique Alonso, monique@gba-law.com (127078)
Ben Feuer, ben@gba-law.com (247502)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Defendant
AMBER Ready, Inc.
(f/k/a Amber Alert Safety Centers, Inc.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLINGLET, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMBER ALERT SAFETY CENTERS, INC., a Nevada corporation; KAI D. PATTERSON, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. C09-05156 <br><br> **NOTICE OF APPEARANCE** |

Terry Gross, attorney at Gross Belsky Alonso LLP, 180 Montgomery Street, Suite 2200, San Francisco, California, 94104, hereby gives notice of appearance on behalf of Defendant Amber Ready, Inc., formerly known as Amber Alert Safety Centers, Inc. in the above-captioned case.

//

//

//

//

//

1

NOTICE OF APPEARANCE,
CASE NO.C09-05156

Dated: December 1, 2009                KAUFMAN BERN DEUTSCH & LEIBMAN, LLP

                                       GROSS BELSKY ALONSO LLP


                                       By:    /s/ Terry Gross
                                                Terry Gross

                                       Attorneys for Defendant
                                       AMBER READY, INC.,
                                       f/k/a Amber Alert Safety Centers, Inc.

2

NOTICE OF APPEARANCE,
CASE NO.C09-05156

# CERTIFICATE OF SERVICE

**RE:** *Blinglet, Inc., v. AMBER Alert Safety Centers, Inc., et. al.;*
**Case No. C09-05156**

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **NOTICE OF APPEARANCE**

XX   **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in this matter.

___   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

Kenneth Scott Ingber                                        Attorneys for Plaintiff
INGBER & ASSOCIATES
2029 Century Part East, Suite 1400
Los Angeles, CA 90067
Tel: 424-202-3620
Fax: 424-247-0343

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2009 at San Francisco, California.

                                                      /s/ Jessica Dean
                                                      JESSICA DEAN