1  KENNETH S. INGBER (SBN 174551)
   ken@ingberlawyers.com
2  ANTHONY DIPIETRA (SBN 235994)
   anthony@ingberlawyers.com
3  INGBER & ASSOCIATES
   A PROFESSIONAL LAW CORPORATION
4  2029 Century Park East, Suite 1400
   Los Angeles, CA 90067
5  Telephone:   (424) 202-3620
   Facsimile:   (424) 247-0343
6
   ROBERT J. HANTMAN (NY State Bar No. 2066538)
7  rhantman@hantmanlaw.com
   HANTMAN & ASSOCIATES
8  1515 Broadway, 11th Floor
   New York, New York 10036
9  Tel. (212) 684-3933
   Fax. (212) 520-4301
10 *Pro Hac Vice Admission Pending*

11 Attorneys for Plaintiff
   BLINGLET, INC.

                     UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLINGLET, INC., a Delaware corporation, | CASE NO.: C 09-05156 SI |
| Plaintiff, | |
| vs. | [Proposed] ORDER RE: JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANT KAI D. PATTERSON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |
| AMBER ALERT SAFETY CENTERS, INC., a Nevada corporation; KAI D. PATTERSON | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT, pursuant to the joint stipulation by and between Plaintiff

3  BLINGLET, INC. ("Blinglet"), Defendant AMBER ALERT SAFETY CENTERS, INC. ("Amber

4  Alert") , and Defendant KAI PATTERSON ("Patterson"), by and through their respective

5  attorneys of record, the Court hereby issues the following order:

6  1)   The hearing, if any, on Defendant KAI PATTERSON'S motion to dismiss for lack

7  of jurisdiction, which is currently set for January 22, 2010, at 9:00 a.m., before the Honorable

8  Susan Illston in Courtroom 10, shall be continued to February 5, 2010, at 2:30 p.m., before the

9  Honorable Susan Illston in Courtroom 10.

10  IT IS DO ORDERED

11  Dated: January __, 2010

_____
Honorable Susan Illston
United States District Court Judge for the
Northern District of California