KENNETH S. INGBER (SBN 174551)
ken@ingberlawyers.com
ANTHONY DIPIETRA (SBN 235994)
anthony@ingberlawyers.com
INGBER & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone:   (424) 202-3620
Facsimile:    (424) 247-0343

ROBERT J. HANTMAN (NY State Bar No. 2066538)
rhantman@hantmanlaw.com
HANTMAN & ASSOCIATES
1515 Broadway, 11th Floor
New York, New York 10036
Tel. (212) 684-3933
Fax. (212) 520-4301
*Pro Hac Vice Admission Pending*

Attorneys for Plaintiff
BLINGLET, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLINGLET, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMBER ALERT SAFETY CENTERS, INC., a Nevada corporation; KAI D. PATTERSON<br><br>　　　　Defendants. | CASE NO.:  C 09-05156 SI<br><br>**[Proposed] ORDER RE: JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANT KAI D. PATTERSON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT, pursuant to the joint stipulation by and between Plaintiff
3  BLINGLET, INC. ("Blinglet"), Defendant AMBER ALERT SAFETY CENTERS, INC. ("Amber
4  Alert") , and Defendant KAI PATTERSON ("Patterson"), by and through their respective
5  attorneys of record, the Court hereby issues the following order:

6  1) The hearing, if any, on Defendant KAI PATTERSON'S motion to dismiss for lack
7  of jurisdiction, which is currently set for January 22, 2010, at 9:00 a.m., before the Honorable
8  Susan Illston in Courtroom 10, shall be continued to February 5, 2010, at 2:30 p.m., before the
9  Honorable Susan Illston in Courtroom 10.

10 IT IS DO ORDERED

11 Dated: January __, 2010

_____
Honorable Susan Illston
United States District Court Judge for the
Northern District of California