IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLINGLET, INC., | No. C 09-05156 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| AMBER ALERT SAFETY CENTERS, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 18, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 3, 2010.

DESIGNATION OF EXPERTS: 10/29/10; REBUTTAL: 11/20/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 17, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by November 5, 2010;

Opp. Due November 19, 2010; Reply Due December 3, 2010;

and set for hearing no later than January 14, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 29, 2011 at 3:30 PM.

JURY TRIAL DATE: April 11, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties have agreed to participate in mediation during the end of May 2010.

July 1, 2010 is the deadline to amend the pleadings or add parties.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge