UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BLINGLET, INC., <br>             Plaintiff, <br><br> v. <br><br> AMBER ALERT SAFETY CENTERS, INC., et al., <br>             Defendants. <br> _____/ | No. C 09-5156 SI <br><br> **ORDER DENYING REQUEST TO EXCUSE DEFENDANT KAI PATTERSON FROM ATTENDING THE MEDIATION SESSION** <br><br> Date:         April 12, 2010 <br> Mediator:   John Barg |

IT IS HEREBY ORDERED that the request for defendant Kai Patterson to be excused from personally attending the April 12, 2010 mediation session before John Barg is DENIED. Mr. Patterson shall appear in person at the mediation.

IT IS SO ORDERED.

April 7, 2010                       By:                    *Elizabeth D. Laporte*
Dated                                                              Elizabeth D. Laporte
                                                                   United States Magistrate Judge