AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### FOR THE NORTHERN District of CALIFORNIA SAN FRANCISCO DIVISION

BLINGLET, INC., a Delaware Corporation

              Plaintiff (s),

V.

AMBER ALERT SAFETY CENTERS, INC., et al.

              Defendant (s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: C 09-05156 SI

Notice is hereby given that, subject to approval by the court, AMBER ALERT SAFETY CENTERS, INC. substitutes
(Party (s) Name)

ANDREW D. CASTRICONE , State Bar No. 154607 as counsel of record in
(Name of New Attorney)

place of Monique Alonso, Adam Belsky, Benjamin S. Feuer & Terry Gross of GROSS & BELSKY LLP and Paul Kaufman and Marc E. Leibman of KAUFMAN BERN DEUTSCH & LEIBMAN LLP.
(Name of Attorney (s) Withdrawing Appearance)

[handwritten: ALONSO]

Contact information for new counsel is as follows:

   Firm Name:    GORDON & REES LLP

   Address:    275 Battery Street, Suite 2000 San Francisco, CA 94111

   Telephone:    (415) 986-5900    Facsimile (415) 986-8054

   E-Mail (Optional):    acastricone@gordonrees.com

I consent to the above substitution.

Date:    July 20, 2010    GARY SAVAGE President/CEO AMBER ALERT SAFETY CENTERS, INC.
                                                                   (Signature of Party (s))

[handwritten: ALONSO   GALAXY Marketing & Media Corp]

I consent to being substituted.

Date:    July 20, 2010

                                                        GROSS & BELSKY LLP

                                                 MARC LEIBMAN (Signature of Former Attorney (s))
                                                 KAUFMAN BERN DEUTSCH & LEIBMAN, LLP

I consent to the above substitution.

Date:    July 21, 2010

                                                 pro for (Signature of New Attorney)
                                               Andrew D. Castricone of GORDON & REES LLP

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                                                     Judge
                                                 Hon. Susan Illston, United States District Court Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AIGDO/1064335/8176433v.1

American LegalNet, Inc.
www.FormsWorkflow.com