EDGERTON & WEAVER, LLP
THEODORE C. PETERS (CA Bar No. 235115)
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, California 90254
Tel: (310) 937-2066
Fax: (310) 937-2064

Attorneys for Defendant,
John Thomas Financial Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| BLINGLET, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER ALERT SAFETY CENTERS, INC., a Nevada corporation; KAI D. PATTERSON; GALAXY MEDIA AND MARKETING CORPORATION, a successor to Amber Alert Safety Centers, Inc.; JOHN THOMAS FINANCIAL CORPORATION; JOHN THOMAS BRIDGE AND OPPORTUNITY FUND; and JOHN DOES 1-100,<br><br>Defendants. | Case No. C 09-05156 SI<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT, EXTENDING NON-EXPERT DISCOVERY CUTOFF, AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON PATTERSON'S MOTION TO DISMISS ELEVENTH CLAIM** |

This STIPULATION is entered into this 18th day of August 2010 between and among Plaintiff Blinglet, Inc. ("Plaintiff"), Kai D. Patterson ("Patterson"), Amber Alert Safety Centers, Inc. ("Amber"), and John Thomas Financial Corporation ("JTFC"), by and through their undersigned counsel of record, with reference to the following:

WHEREAS, Plaintiff filed an Amended Complaint on or about June 7, 2010, adding JTFC as a party to the within action, for which a response was due on or before July 19, 2010;

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

WHEREAS, Plaintiff previously agreed and stipulated to an extension of time for JTFC to answer or otherwise respond to the Amended Complaint, on or before August 2, 2010;

WHEREAS, counsel for JTFC requested and Plaintiff does not object to providing JTFC with an additional extension of time to answer or otherwise respond to the Amended Complaint, through and including August 31, 2010;

WHEREAS, newly appointed counsel for Amber requested and Plaintiff does not object to providing Amber with an extension of time to answer or otherwise respond to the Amended Complaint, through and including August 31, 2010;

WHEREAS, the additional time agreed upon by the parties will not otherwise delay progression of this litigation and will allow the parties to reasonably meet-and-confer on a number of procedural and substantive issues which, if left unresolved, might necessitate the filing of one or more Rule 12 motions;

WHEREAS, on August 4, 2010 and thereafter, counsel for the parties met-and-conferred with one another and agree that the current deadline to complete non-expert witness discovery (September 3, 2010) should be extended for a period of not less than ninety (90) days, through and including December 3, 2010;

WHEREAS, on August 4, 2010 and thereafter, counsel for the parties met-and-conferred with one another and agree that the Case Management Conference presently scheduled for August 27, 2010 at 9:00 a.m., should be continued to a mutually convenient date and time for all parties and the Court during the week of September 13, 2010; and

WHEREAS, on August 4, 2010 and thereafter, counsel for the parties met-and-conferred with one another and agree that the hearing on Patterson's Motion to Dismiss Plaintiff's Eleventh Claim for Intentional Interference with an Existing Contractual Relationship, presently scheduled for August 27, 2010 at 9:00 a.m., should be continued to a mutually convenient date and time for all parties and the Court to coincide with the rescheduled Case Management Conference, during the week of September 13, 2010.

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT, EXTENDING NON-EXPERT DISCOVERY CUTOFF, AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON PATTERSON'S MOTION TO DISMISS ELEVENTH CLAIM

Case No. C 09-05156 SI Page 2

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The deadline for JTFC to answer or otherwise respond to the Amended Complaint shall be extended until August 31, 2010;

2. The deadline for Amber to answer or otherwise respond to the Amended Complaint shall be extended until August 31, 2010;

3. The deadline for completing non-expert witness discovery (September 3, 2010) should be continued until December 3, 2010;

4. The Case Management Conference currently scheduled to occur on August 27, 2010 should be continued until a mutually convenient date and time for the Court and all parties during the week of September 13, 2010; and

5. The hearing on Patterson's Motion to Dismiss Plaintiff's Eleventh Claim for Intentional Interference with an Existing Contractual Relationship currently scheduled to occur on August 27, 2010 should be continued until a mutually convenient date and time for the Court and all parties, to coincide with the rescheduled Case Management Conference, during the week of September 13, 2010.

**IT IS SO STIPULATED.**

DATED: July 30, 2010

**HANTMAN & ASSOCIATES**

By: Robert J. Hantman
Robert J. Hantman, Esq.
Attorneys for Plaintiff, Blinglet, Inc.

DATED: July 30, 2010

**INGBER & ASSOCIATES**
A PROFESSIONAL LAW CORPORATION

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT, EXTENDING NON-EXPERT DISCOVERY CUTOFF, AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON PATTERSON'S MOTION TO DISMISS ELEVENTH CLAIM
Case No. C 09-05156 SI Page 3

By: /s/ Kenneth S. Ingber
Kenneth S. Ingber, Esq.
Attorneys for Plaintiff, Blinglet, Inc.

DATED: August 18, 2010

**EDGERTON & WEAVER, LLP**

By: /s/ Theodore C. Peters
Theodore C. Peters, Esq.
Attorneys for Defendant,
John Thomas Financial Corporation

DATED: August 18, 2010

**GORDON & REES, LLP**

By: /s/ Andrew Castricone
Andrew Castricone, Esq.
Attorneys for Defendant,
Amber Alert Safety Center, Inc.

DATED: August 18, 2010

**MORISON HOLDEN DEREWETZKY & PROUGH, LLP**

By: /s/ William Campbell Morison
William Campbell Morison, Esq.
Attorneys for Defendant,
Kai Patterson

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT, EXTENDING NON-EXPERT DISCOVERY CUTOFF, AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON PATTERSON'S MOTION TO DISMISS ELEVENTH CLAIM

Case No. C 09-05156 SI Page 4

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2615 Pacific Coast Highway, Suite 300, Hermosa Beach, California 90254.

On August 18, 2010, I served the following document described as:

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT, EXTENDING NON-EXPERT DISCOVERY CUTOFF, AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON PATTERSON'S MOTION TO DISMISS ELEVENTH CLAIM**

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

( ) **By U.S. Mail:** I deposited such envelopes in the mail at Hermosa Beach, California. The envelopes were mailed with postage thereon fully prepaid.

( ) **By Personal Service:** I caused such envelope to be delivered by hand to the individuals at the addresses listed.

( ) **By Overnight Courier:** I caused the above-referenced document(s) to be delivered to an overnight courier service (FedEx), for delivery to the above addressee(s).

( ) **By Facsimile Machine:** I caused the above-referenced document(s) to be transmitted to the above-named person at the following telephone number above.

(X) **By Electronic E-mail:** I caused the above-referenced document(s) to be transmitted to the above-named person at the following addresses.

(X) (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on August 18, 2010, at Hermosa Beach, California.

Carole Serrano
Carole Serrano

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

Blinglet, Inc. v. Amber Alert Safety Centers, Inc., et al.
USDC Case No. C 09-05156 SI

**SERVICE LIST**

| | |
|---|---|
| **PLAINTIFF'S COUNSEL:**<br>Kenneth S. Ingber, Esq.<br>Ronald Anthony DiPietra, Jr., Esq.<br>**INGBER & ASSOCIATES**<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067 | Tel: (424) 202-3620<br>Fax: (424) 247-0343<br>E-mail: ken@ingberlawyers.com<br>Email: anthony@ingberlawyers.com |
| **CO-COUNSEL FOR PLAINTIFF:**<br>Robert J. Hantman, Esq.<br>**HANTMAN & ASSOCIATES**<br>Pro Hac Vice<br>1515 Broadway, 11th Floor<br>New York, NY 10036 | Tel: (212) 684-3933<br>Fax: (212) 520-4301<br>E-mail: rhantman@hantmanlaw.com |
| **DEFENDANT**<br>**AMBER ALERT SAFETY CENTER, INC.:**<br>Andrew Castricone, Esq.<br>**GORDON & REES LLP**<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Tel: (415) 986-5900<br>Fax: (415) 986-8034<br>E-mail: acastricone@gordonrees.com |
| **DEFENDANT:**<br>**KAI D. PATTERSON:**<br>Joel Max Eads<br>**MORISON HOLDEN DEREWETZKY & PROUGH, LLP**<br>The Times Building, Suite 402<br>32 Parking Plaza<br>Ardmore, PA 19003<br><br>Thomas Holden, Esq.<br>William Campbell Morison, Esq.<br>**MORISON HOLDEN DEREWETZKY & PROUGH, LLP**<br>1550 Parkside Drive, Third Floor<br>Walnut Creek, CA 94596 | Direct: 267.528.0728<br>Tel: 484.418.1510<br>Fax: 484.418.1509<br>E-mail: Joel.Eads@mhdplaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Tel: 925-937-9990<br>Fax: 925-937-3272<br>Email: thomas.holden@mhdplaw.com<br>Email: william.morison@mhdplaw.com |

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT, EXTENDING NON-EXPERT DISCOVERY CUTOFF, AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON PATTERSON'S MOTION TO DISMISS ELEVENTH CLAIM
Case No. C 09-05156 SI Page 6

**EDGERTON & WEAVER, LLP**
THEODORE C. PETERS (CA Bar No. 235115)
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, California 90254
Tel: (310) 937-2066
Fax: (310) 937-2064

Attorneys for Defendant,
John Thomas Financial Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| BLINGLET, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER ALERT SAFETY CENTERS, INC., a Nevada corporation; KAI D. PATTERSON; GALAXY MEDIA AND MARKETING CORPORATION, a successor to Amber Alert Safety Centers, Inc.; JOHN THOMAS FINANCIAL CORPORATION; JOHN THOMAS BRIDGE AND OPPORTUNITY FUND; and JOHN DOES 1-100,<br><br>Defendants. | Case No. C 09-05156 SI<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS JOHN THOMAS FINANCIAL CORPORATION AND AMBERT ALERT SAFETY CENTERS, INC. TO RESPOND TO AMENDED COMPLAINT, EXTENDING NON-EXPERT DISCOVERY CUTOFF AND CONTINUING HEARING DATES** |

THIS MATTER, having come before the Court on the Parties' Stipulation, dated August 18, 2010, the Court being fully advised in the premises, and finding good cause therefore, hereby rules as follows:

1. The deadline for Defendants John Thomas Financial Corporation and Amber Alert Safety Centers, Inc. to respond to the Amended Complaint shall be extended until August 31, 2010;

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

2. The current deadline for completing non-expert witness discovery (September 3, 2010) is continued until December 3, 2010;

3. The Case Management Conference currently scheduled to occur on August 27, 2010 is continued until Oct. 25, 2010, 2010 at 2:30 a.m./p.m.; and

4. The hearing on Defendant Patterson's Motion to Dismiss Plaintiff's Eleventh Claim for Intentional Interference with an Existing Contractual Relationship currently scheduled to occur on August 27, 2010 is continued until September 17, 2010, 2010 at 9:00 a.m./p.m.

**IT IS SO ORDERED.**

Dated: ______________

SUSAN ILLSTON
United States District Judge

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2615 Pacific Coast Highway, Suite 300, Hermosa Beach, California 90254.

On August 18, 2010, I served the following document described as:

**ORDER EXTENDING TIME FOR DEFENDANTS JOHN THOMAS FINANCIAL CORPORATION AND AMBERT ALERT SAFETY CENTERS, INC. TO RESPOND TO AMENDED COMPLAINT, EXTENDING NON-EXPERT DISCOVERY CUTOFF AND CONTINUING HEARING DATES**

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

( ) **By U.S. Mail:** I deposited such envelopes in the mail at Hermosa Beach, California. The envelopes were mailed with postage thereon fully prepaid.

( ) **By Personal Service:** I caused such envelope to be delivered by hand to the individuals at the addresses listed.

( ) **By Overnight Courier:** I caused the above-referenced document(s) to be delivered to an overnight courier service (FedEx), for delivery to the above addressee(s).

( ) **By Facsimile Machine:** I caused the above-referenced document(s) to be transmitted to the above-named person at the following telephone number above.

(X) **By Electronic E-mail:** I caused the above-referenced document(s) to be transmitted to the above-named person at the following addresses.

(X) (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on August 18, 2010, at Hermosa Beach, California.

/s/ Carole Serrano
Carole Serrano

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

Blinglet, Inc. v. Amber Alert Safety Centers, Inc., et al.
USDC Case No. C 09-05156 SI

**SERVICE LIST**

| | |
|---|---|
| **PLAINTIFF'S COUNSEL:**<br>Kenneth S. Ingber, Esq.<br>Ronald Anthony DiPietra, Jr., Esq.<br>**INGBER & ASSOCIATES**<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067 | Tel: (424) 202-3620<br>Fax: (424) 247-0343<br>E-mail: ken@ingberlawyers.com<br>Email: anthony@ingberlawyers.com |
| **CO-COUNSEL FOR PLAINTIFF:**<br>Robert J. Hantman, Esq.<br>**HANTMAN & ASSOCIATES**<br>Pro Hac Vice<br>1515 Broadway, 11th Floor<br>New York, NY 10036 | Tel: (212) 684-3933<br>Fax: (212) 520-4301<br>E-mail: rhantman@hantmanlaw.com |
| **DEFENDANT**<br>**AMBER ALERT SAFETY CENTER, INC.:**<br>Andrew Castricone, Esq.<br>**GORDON & REES LLP**<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Tel: (415) 986-5900<br>Fax: (415) 986-8034<br>E-mail: acastricone@gordonrees.com |
| **DEFENDANT:**<br>**KAI D. PATTERSON:**<br>Joel Max Eads<br>**MORISON HOLDEN DEREWETZKY & PROUGH, LLP**<br>The Times Building, Suite 402<br>32 Parking Plaza<br>Ardmore, PA 19003<br><br>Thomas Holden, Esq.<br>William Campbell Morison, Esq.<br>**MORISON HOLDEN DEREWETZKY & PROUGH, LLP**<br>1550 Parkside Drive, Third Floor<br>Walnut Creek, CA 94596 | Direct: 267.528.0728<br>Tel: 484.418.1510<br>Fax: 484.418.1509<br>E-mail: Joel.Eads@mhdplaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Tel: 925-937-9990<br>Fax: 925-937-3272<br>Email: thomas.holden@mhdplaw.com<br>Email: william.morison@mhdplaw.com |

ORDER EXTENDING TIME FOR DEFENDANTS JOHN THOMAS FINANCIAL AND AMBER TO RESPOND TO AMENDED COMPLAINT, EXTENDING NON-EXPERT DISCOVERY CUTOFF AND CONTINUING HEARING DATES
Case No. C 09-05156 SI Page 4