WILLIAM C. MORISON (No. 99981)
THOMAS HOLDEN (No. 130277)
MORISON HOLDEN DEREWETZKY &
     PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA  94596-8068
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

JOEL MAX EADS (admitted *pro hac vice*)
MORISON HOLDEN DEREWETZKY &
     PROUGH, LLP
The Times Building, Suite 402
32 Parking Plaza
Ardmore, PA 19003
Telephone:  (484) 418-1510
Facsimile:  (484) 418-1509

Attorneys for Defendant
KAI D. PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLINGLET, INC., a Delaware corporation, | No. 09-cv-05156-SI |
| Plaintiff, | [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT PATTERSON'S MOTION TO DISMISS ELEVENTH CLAIM |
| vs. | |
| AMBER ALERT SAFETY CENTER, INC., et al., | Date:  September 17, 2010 Time:  9:00 a.m. Place: Courtroom 10, 19th Floor |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

The hearing on defendant Kai Patterson's motion to dismiss, currently scheduled for September 17, 2010, is hereby rescheduled to 10/12/10, 2010 at 9:00 a.m.

IT IS SO ORDERED.

_____
Hon. Susan Illston
United States District Judge